**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: JANIS E. ZAMJAHN,**

    **Plaintiff,**

              **Case No. 6:08-cv-316-Orl-31GJK**

_____

## ORDER

This cause comes before the Court on Plaintiff's Complaint (Doc. No. 1) filed March 1, 2008, and Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 9) filed March 25, 2008.

On June 5, 2008, the United States Magistrate Judge issued a report (Doc. No. 10) recommending that the motion be denied and the Complaint be dismissed as frivolous. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Leave to Proceed *In Forma Pauperis* is DENIED and the Complaint is dismissed as frivolous. The clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 24th day of June, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE