**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: JANIS E. ZAMJAHN**

Case No.  6:08-cv-316-Orl-31GJK

## ORDER

This matter comes before the Court as the result of a letter sent to chambers titled "Regarding Your Order to Strike My Case, Case # 6:08-cv-316-Orl-31GK" (Doc. 14), which the Court construes as a motion for reconsideration of its previous order (Doc. 13) striking the Plaintiff's amended complaint.  After review, the Court finds that the document does not demonstrate adequate grounds for altering the previous order.  Therefore, to the extent the letter sought reconsideration, it is **DENIED**.  In addition, the Plaintiff is instructed not to send any further communications to chambers, but should instead file any such communications with the Clerk's office.

Finally, the Court notes that the Plaintiff sought information about the destruction of her exhibits; however, those exhibits have not been destroyed and are in the custody of the Clerk's office.  The Plaintiff may retrieve them in person (or send someone else to retrieve them) through October 31, 2008, when they will be discarded.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 15, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party